Donald E. Dorfman (State Bar Number: 063725)
Queena C. Ho (State Bar Number: 184594)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CURON MEDICAL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C-03-1356 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Counterclaim-defendant Federal Insurance Company and Defendant and Counterclaimant Curon Medical, Inc. and through their designated counsel of record, that Federal's Complaint and Curon's Counterclaim be and hereby are dismissed with prejudice, with each party to bear its own fees and costs.

　　　The parties respectfully request that an Order be entered dismissing the Complaint and Counterclaim with prejudice with each party to bear its own costs and attorneys' fees.

DATED: August 15, 2005

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Queena C. Ho
Donald E. Dorfman
Queena C. Ho
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

DATED: August ___, 2005

Respectfully submitted,

GCA LAW PARTNERS LLP

By: _____
Sallie Kim
Robert W. Luckinbill
Attorneys for Defendant
CURON MEDICAL, INC.

## ORDER

IT IS ORDERED THAT:

- Federal Insurance Company's Complaint is hereby dismissed with prejudice;
- Curon Medical, Inc.'s Counterclaim is hereby dismissed with prejudice,
- Each party will bear its own fees and costs.

DATED: _____     _____
Judge Vaugh R. Walker

1  DATED: August ___, 2005                Respectfully submitted,
2                                          NIXON PEABODY LLP
3
4                                          By: _____
                                              Donald E. Dorfman
5                                             Queena C. Ho
                                              Attorneys for Plaintiff
6                                             FEDERAL INSURANCE COMPANY
7
8  DATED: August 15, 2005                  Respectfully submitted,
                                           GCA LAW PARTNERS LLP
9
10
11                                         By: /s/ Sallie Kim
                                              Sallie Kim
12                                            Robert W. Luckinbill
                                              Attorneys for Defendant
13                                            CURON MEDICAL, INC.
14
15
16
17                                  **ORDER**
18  IT IS ORDERED THAT:
19      • Federal Insurance Company's Complaint is hereby dismissed with prejudice;
20      • Curon Medical, Inc.'s Counterclaim is hereby dismissed with prejudice;
21      • Each party will bear its own fees and costs.
22
23  DATED: _____          _____
                                           Judge Vaugh R. Walker
24
25
26
27
28
STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND         -2-                    S504756.1
COUNTERCLAIM (Case No. C-03-1356 VRW)

# PROOF OF SERVICE

CASE NAME: Federal Insurance Co., v. Curon Medical, Inc., et al.
COURT: United States District Court - Northern District
CASE NO.: CV-03-01356-VRW
NP FILE: 033180.000006

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

1. **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

_____: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee. **(GCA Law Partners LLP, Attn: Sallie Kim, Esq.)**

_____: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_____: By Facsimile — From facsimile number at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

| Addressee(s) | |
|---|---|
| Alan C. Milstein, Esq.<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>Fairway Corporate Center<br>4300 Haddonfield Road – Suite 311<br>Pennsauken, NJ  08109<br>Tel:  (856) 662-0700<br>Fax:  (856) 488-4744 | Attorneys for:  Defendant Curon Medical, Inc. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2005, at San Francisco, California.

*Donna L. Day*
_____
Donna L. Day

-1-